# EXHIBIT A

Doc ID: 0945b5d90ef002a30d81d100f26a3bfa9917f991

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES CURTIS, individually and on behalf of all persons similarly situated, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO.: |
| v. | : : : | Class and Collective Action Complaint |
| GENESIS ENGINEERING SOLUTIONS, INC. | : : : : | Jury Trial Demanded |
| Defendant. | : : : | |

**CONSENT TO JOIN COLLECTIVE ACTION LAWSUIT**

Pursuant to 29 U.S.C. § 216(b), I consent to become a party plaintiff in the above-captioned case, to be represented by Goodley Law LLC, and to be bound by judgment of the Court, including any Court-approved settlement. I worked for Genesis Engineering Solutions, Inc. from approximately June 2019 to February 2021 as an Intern and Procurement Specialist. I worked on NASA funded projects. During this time, I worked at least one week in excess of 40 hours, without being paid overtime.

Signature: _____

Name:   James Curtis

Return Form To:

**James E. Goodley, Esq.
Goodley Law LLC
One Liberty Place
1650 Market, Suite 3600
Philadelphia, PA 19103
james@goodleylaw.net
(215) 394-0541**



Audit Trail

| | |
|---|---|
| **TITLE** | Ex A - Curtis Opt-in Form.pdf |
| **FILE NAME** | Ex%20A%20-%20Curtis%20Opt-in%20Form.pdf |
| **DOCUMENT ID** | 0945b5d90ef002a30d81d100f26a3bfa9917f991 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

This document was requested from app.clio.com

## Document History

**SENT**  03 / 20 / 2021  23:07:19 UTC  
Sent for signature to James Curtis (jamescurtis90@me.com) from james@goodleylaw.net  
IP: 100.19.147.252

**VIEWED**  03 / 20 / 2021  23:11:35 UTC  
Viewed by James Curtis (jamescurtis90@me.com)  
IP: 172.56.3.2

**SIGNED**  03 / 20 / 2021  23:14:45 UTC  
Signed by James Curtis (jamescurtis90@me.com)  
IP: 172.56.3.2

**COMPLETED**  03 / 20 / 2021  23:14:45 UTC  
The document has been completed.

Powered by HELLOSIGN