# **EXHIBIT B**

# SCA DIRECTORY OF OCCUPATIONS

## Fifth Edition

Therefore, the Assistant must be tactful, discrete, and articulate.  This Assistant may be involved in identifying potential issues and grievance procedures, in addition to documenting necessary information to avoid company threat.  The Personnel Assistant III may make recommendations to human resource professionals on job classification, wage rates, and employee salaries.  The use of computers may be relied on heavily for organizational and reporting purposes.  Advanced experience with office software packages may be needed.  This Assistant may perform some clerical work in addition to the above duties.  Supervisor will review completed work against stated objectives.


01270       PRODUCTION CONTROL CLERK

This position compiles and records production data for industrial establishments to compare records and reports on volume of production, consumption of material, quality control, and other aspects of production.  May perform any combination of the following duties: compile and record production data from customer orders, work tickets, product specifications, and individual worker production sheets following prescribed recording procedures and using different word processing techniques.  This Clerk calculates such factors as types and quantities of items produced, materials used, amount of scrap, frequency of defects, and worker and department production rates, using a computer, calculator, and/or spreadsheets.  Additional tasks include: writing production reports based on data compiled, tabulated and computed, following prescribed formats, maintaining files of documents used and prepared, compiling detailed production sheets or work tickets for use by production workers as guides in assembly or manufacture of products.  This Clerk prepares written work schedules based on established guidelines and priorities, compiles material inventory records and prepares requisitions for procurement of materials and supplies charts production using chart, graph, or pegboard based on statistics compiled for reference by production and management personnel.  This Clerk also sorts and distributes work tickets or material and may compute wages from employee time cards and post wage data on records used for preparation of payroll.


01290       RENTAL CLERK

This position performs clerical duties concerned with rental and management of public housing projects answers telephone and responds to requests for maintenance, complaints, rental information or, as appropriate, forwards calls to senior officials.  The Rental Clerk receives rental payments and other income, assesses late charges, applies cancellation stamp required by government housing agency, writes receipts, and prepares rental transmittal forms and collection logs for government accounting system.  This Clerk receives security deposits and prepares tenant receipts, prepares bank deposits, maintains tenant files, and follows up on income re-certifications.


01300       SCHEDULER, MAINTENANCE

This position schedules vehicle repairs and lubrication for vehicle-maintenance, schedules vehicles for lubrication or repairs based on date of last lubrication and mileage traveled or urgency of repairs.  The Maintenance Scheduler contacts garage to verify availability of facilities, notifies parking garage workers to deliver specified vehicles, and maintains a file of requests for services.