# EXHIBIT C

```
        "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
           THE SERVICE CONTRACT ACT             |  EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor      |      WAGE AND HOUR DIVISION
                                                |      WASHINGTON D.C.   20210
                                                |
                                                |
                                                |  Wage Determination No.: 2015-4281
    Daniel W. Simms        Division of          |          Revision No.: 17
    Director           Wage Determinations|  Date Of Last Revision: 12/21/2020
    _____|_____
```

Note: Under Executive Order (EO) 13658 an hourly minimum wage of $10.95 for
calendar year 2021 applies to all contracts subject to the Service Contract
Act for which the contract is awarded (and any solicitation was issued) on or
after January 1 2015. If this contract is covered by the EO the contractor
must pay all workers in any classification listed on this wage determination
at least $10.95 per hour (or the applicable wage rate listed on this wage
determination if it is higher) for all hours spent performing on the contract
in calendar year 2021. The EO minimum wage rate will be adjusted annually.
Additional information on contractor requirements and worker protections under
the EO is available at www.dol.gov/whd/govcontracts.

_____

States: District of Columbia Maryland Virginia


Area: District of Columbia Statewide

Maryland Counties of Calvert Charles Prince George's

Virginia Counties of Alexandria Arlington Fairfax Falls Church Fauquier
Loudoun Manassas Manassas Park Prince William Stafford

_____

          **Fringe Benefits Required Follow the Occupational Listing**

```
OCCUPATION CODE - TITLE                          FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                       19.10
  01012 - Accounting Clerk II                                      21.44
  01013 - Accounting Clerk III                                     23.99
  01020 - Administrative Assistant                                 34.70
  01035 - Court Reporter                                           24.02
  01041 - Customer Service Representative I                        15.13
  01042 - Customer Service Representative II                       17.01
  01043 - Customer Service Representative III                      18.56
  01051 - Data Entry Operator I                                    16.64
  01052 - Data Entry Operator II                                   18.16
  01060 - Dispatcher Motor Vehicle                                 20.54
  01070 - Document Preparation Clerk                               17.75
  01090 - Duplicating Machine Operator                            17.75
  01111 - General Clerk I                                          15.11
  01112 - General Clerk II                                         16.49
  01113 - General Clerk III                                        18.74
  01120 - Housing Referral Assistant                               25.29
  01141 - Messenger Courier                                        18.38
  01191 - Order Clerk I                                            15.29
  01192 - Order Clerk II                                           16.68
  01261 - Personnel Assistant (Employment) I                       19.09
  01262 - Personnel Assistant (Employment) II                      21.36
  01263 - Personnel Assistant (Employment) III                     23.81
  01270 - Production Control Clerk                                  26.18
```

3/22/2021
beta.SAM.gov | Search
Case 8:21-cv-00722-GJH  Document 1-3  Filed 03/22/21  Page 3 of 13

| | |
|---|---|
| 01290 - Rental Clerk | 16.55 |
| 01300 - Scheduler Maintenance | 18.07 |
| 01311 - Secretary I | 18.07 |
| 01312 - Secretary II | 20.18 |
| 01313 - Secretary III | 25.29 |
| 01320 - Service Order Dispatcher | 18.36 |
| 01410 - Supply Technician | 34.70 |
| 01420 - Survey Worker | 20.03 |
| 01460 - Switchboard Operator/Receptionist | 15.69 |
| 01531 - Travel Clerk I | 17.63 |
| 01532 - Travel Clerk II | 19.21 |
| 01533 - Travel Clerk III | 20.67 |
| 01611 - Word Processor I | 17.41 |
| 01612 - Word Processor II | 19.55 |
| 01613 - Word Processor III | 21.87 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automobile Body Repairer Fiberglass | 28.60 |
| 05010 - Automotive  Electrician | 24.50 |
| 05040 - Automotive Glass Installer | 23.07 |
| 05070 - Automotive Worker | 23.07 |
| 05110 - Mobile Equipment Servicer | 19.84 |
| 05130 - Motor Equipment Metal Mechanic | 25.79 |
| 05160 - Motor Equipment Metal Worker | 23.07 |
| 05190 - Motor Vehicle Mechanic | 25.79 |
| 05220 - Motor Vehicle Mechanic Helper | 18.49 |
| 05250 - Motor Vehicle Upholstery Worker | 21.63 |
| 05280 - Motor Vehicle Wrecker | 23.07 |
| 05310 - Painter Automotive | 24.50 |
| 05340 - Radiator Repair Specialist | 23.07 |
| 05370 - Tire Repairer | 14.44 |
| 05400 - Transmission Repair Specialist | 25.79 |
| 07000 - Food Preparation And Service Occupations | |
| 07010 - Baker | 14.36 |
| 07041 - Cook I | 16.47 |
| 07042 - Cook II | 19.15 |
| 07070 - Dishwasher | 12.96 |
| 07130 - Food Service Worker | 13.07 |
| 07210 - Meat Cutter | 20.41 |
| 07260 - Waiter/Waitress | 11.81 |
| 09000 - Furniture Maintenance And Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 19.86 |
| 09040 - Furniture Handler | 14.06 |
| 09080 - Furniture Refinisher | 20.23 |
| 09090 - Furniture Refinisher Helper | 15.52 |
| 09110 - Furniture Repairer Minor | 17.94 |
| 09130 - Upholsterer | 19.86 |
| 11000 - General Services And Support Occupations | |
| 11030 - Cleaner Vehicles | 12.75 |
| 11060 - Elevator Operator | 14.41 |
| 11090 - Gardener | 20.42 |
| 11122 - Housekeeping Aide | 14.41 |
| 11150 - Janitor | 14.41 |
| 11210 - Laborer Grounds Maintenance | 15.24 |
| 11240 - Maid or Houseman | 13.85 |
| 11260 - Pruner | 13.80 |
| 11270 - Tractor Operator | 18.68 |
| 11330 - Trail Maintenance Worker | 15.24 |
| 11360 - Window Cleaner | 15.91 |
| 12000 - Health Occupations | |
| 12010 - Ambulance Driver | 23.71 |
| 12011 - Breath Alcohol Technician | 23.49 |
| 12012 - Certified Occupational Therapist Assistant | 33.40 |
| 12015 - Certified Physical Therapist Assistant | 27.29 |
| 12020 - Dental Assistant | 22.82 |
| 12025 - Dental Hygienist | 50.57 |

```
12030 - EKG Technician                                          33.48
12035 - Electroneurodiagnostic Technologist                    33.48
12040 - Emergency Medical Technician                           23.71
12071 - Licensed Practical Nurse I                             20.26
12072 - Licensed Practical Nurse II                            22.67
12073 - Licensed Practical Nurse III                           25.27
12100 - Medical Assistant                                      18.68
12130 - Medical Laboratory Technician                          25.27
12160 - Medical Record Clerk                                   18.96
12190 - Medical Record Technician                              22.67
12195 - Medical Transcriptionist                               20.67
12210 - Nuclear Medicine Technologist                          41.59
12221 - Nursing Assistant I                                    12.22
12222 - Nursing Assistant II                                   13.74
12223 - Nursing Assistant III                                  14.99
12224 - Nursing Assistant IV                                   16.83
12235 - Optical Dispenser                                      25.02
12236 - Optical Technician                                     21.03
12250 - Pharmacy Technician                                    18.12
12280 - Phlebotomist                                           19.35
12305 - Radiologic Technologist                                35.25
12311 - Registered Nurse I                                     30.40
12312 - Registered Nurse II                                    36.78
12313 - Registered Nurse II Specialist                         36.78
12314 - Registered Nurse III                                   44.14
12315 - Registered Nurse III Anesthetist                       44.14
12316 - Registered Nurse IV                                    52.91
12317 - Scheduler (Drug and Alcohol Testing)                  28.97
12320 - Substance Abuse Treatment Counselor                    27.23
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I                                  23.03
13012 - Exhibits Specialist II                                 28.53
13013 - Exhibits Specialist III                                34.90
13041 - Illustrator I                                          20.48
13042 - Illustrator II                                         25.38
13043 - Illustrator III                                        31.03
13047 - Librarian                                              38.84
13050 - Library Aide/Clerk                                     17.04
13054 - Library Information Technology Systems                 35.07
Administrator
13058 - Library Technician                                     21.85
13061 - Media Specialist I                                     25.31
13062 - Media Specialist II                                    28.32
13063 - Media Specialist III                                   31.55
13071 - Photographer I                                         18.32
13072 - Photographer II                                        20.79
13073 - Photographer III                                       26.04
13074 - Photographer IV                                        31.52
13075 - Photographer V                                         37.14
13090 - Technical Order Library Clerk                          21.40
13110 - Video Teleconference Technician                        28.01
14000 - Information Technology Occupations
14041 - Computer Operator I                                    18.92
14042 - Computer Operator II                                   21.18
14043 - Computer Operator III                                  23.60
14044 - Computer Operator IV                                   26.22
14045 - Computer Operator V                                    29.05
14071 - Computer Programmer I                   (see 1)        26.36
14072 - Computer Programmer II                  (see 1)
14073 - Computer Programmer III                 (see 1)
14074 - Computer Programmer IV                  (see 1)
14101 - Computer Systems Analyst I              (see 1)
14102 - Computer Systems Analyst II             (see 1)
14103 - Computer Systems Analyst III            (see 1)
14150 - Peripheral Equipment Operator                          18.92
```

| | |
|---|---|
| 14160 - Personal Computer Support Technician | 26.22 |
| 14170 - System Support Specialist | 38.69 |
| 15000 - Instructional Occupations | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | 36.47 |
| 15020 - Aircrew Training Devices Instructor (Rated) | 44.06 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | 52.81 |
| 15050 - Computer Based Training Specialist / Instructor | 36.47 |
| 15060 - Educational Technologist | 40.88 |
| 15070 - Flight Instructor (Pilot) | 52.81 |
| 15080 - Graphic Artist | 34.72 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | 49.06 |
| 15086 - Maintenance Test Pilot Rotary Wing | 49.06 |
| 15088 - Non-Maintenance Test/Co-Pilot | 49.06 |
| 15090 - Technical Instructor | 30.12 |
| 15095 - Technical Instructor/Course Developer | 36.85 |
| 15110 - Test Proctor | 24.32 |
| 15120 - Tutor | 24.32 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | |
| 16010 - Assembler | 15.19 |
| 16030 - Counter Attendant | 15.19 |
| 16040 - Dry Cleaner | 18.12 |
| 16070 - Finisher Flatwork Machine | 15.19 |
| 16090 - Presser Hand | 15.19 |
| 16110 - Presser Machine Drycleaning | 15.19 |
| 16130 - Presser Machine Shirts | 15.19 |
| 16160 - Presser Machine Wearing Apparel Laundry | 15.19 |
| 16190 - Sewing Machine Operator | 18.88 |
| 16220 - Tailor | 19.63 |
| 16250 - Washer Machine | 16.61 |
| 19000 - Machine Tool Operation And Repair Occupations | |
| 19010 - Machine-Tool Operator (Tool Room) | 27.63 |
| 19040 - Tool And Die Maker | 33.56 |
| 21000 - Materials Handling And Packing Occupations | |
| 21020 - Forklift Operator | 20.25 |
| 21030 - Material Coordinator | 26.18 |
| 21040 - Material Expediter | 26.18 |
| 21050 - Material Handling Laborer | 13.87 |
| 21071 - Order Filler | 16.60 |
| 21080 - Production Line Worker (Food Processing) | 20.25 |
| 21110 - Shipping Packer | 18.13 |
| 21130 - Shipping/Receiving Clerk | 18.13 |
| 21140 - Store Worker I | 15.10 |
| 21150 - Stock Clerk | 19.49 |
| 21210 - Tools And Parts Attendant | 20.25 |
| 21410 - Warehouse Specialist | 20.25 |
| 23000 - Mechanics And Maintenance And Repair Occupations | |
| 23010 - Aerospace Structural Welder | 40.69 |
| 23019 - Aircraft Logs and Records Technician | 31.82 |
| 23021 - Aircraft Mechanic I | 38.64 |
| 23022 - Aircraft Mechanic II | 40.69 |
| 23023 - Aircraft Mechanic III | 42.68 |
| 23040 - Aircraft Mechanic Helper | 27.19 |
| 23050 - Aircraft Painter | 36.70 |
| 23060 - Aircraft Servicer | 31.82 |
| 23070 - Aircraft Survival Flight Equipment Technician | 36.70 |
| 23080 - Aircraft Worker | 33.84 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic I | 33.84 |
| 23092 - Aircrew Life Support Equipment (ALSE) Mechanic II | 38.64 |
| 23110 - Appliance Mechanic | 21.75 |
| 23120 - Bicycle Repairer | 15.78 |
| 23125 - Cable Splicer | 34.63 |
| 23130 - Carpenter Maintenance | 23.60 |
| 23140 - Carpet Layer | 20.49 |

| | |
|---|---|
| 23160 - Electrician Maintenance | 29.53 |
| 23181 - Electronics Technician Maintenance I | 30.70 |
| 23182 - Electronics Technician Maintenance II | 32.60 |
| 23183 - Electronics Technician Maintenance III | 34.33 |
| 23260 - Fabric Worker | 24.29 |
| 23290 - Fire Alarm System Mechanic | 27.91 |
| 23310 - Fire Extinguisher Repairer | 22.38 |
| 23311 - Fuel Distribution System Mechanic | 34.34 |
| 23312 - Fuel Distribution System Operator | 26.42 |
| 23370 - General Maintenance Worker | 22.64 |
| 23380 - Ground Support Equipment Mechanic | 38.64 |
| 23381 - Ground Support Equipment Servicer | 31.82 |
| 23382 - Ground Support Equipment Worker | 33.84 |
| 23391 - Gunsmith I | 22.38 |
| 23392 - Gunsmith II | 26.02 |
| 23393 - Gunsmith III | 29.09 |
| 23410 - Heating Ventilation And Air-Conditioning Mechanic | 28.96 |
| 23411 - Heating Ventilation And Air Contidioning Mechanic (Research Facility) | 30.50 |
| 23430 - Heavy Equipment Mechanic | 28.32 |
| 23440 - Heavy Equipment Operator | 24.05 |
| 23460 - Instrument Mechanic | 33.08 |
| 23465 - Laboratory/Shelter Mechanic | 27.63 |
| 23470 - Laborer | 14.98 |
| 23510 - Locksmith | 30.95 |
| 23530 - Machinery Maintenance Mechanic | 29.39 |
| 23550 - Machinist Maintenance | 26.10 |
| 23580 - Maintenance Trades Helper | 18.27 |
| 23591 - Metrology Technician I | 33.08 |
| 23592 - Metrology Technician II | 34.84 |
| 23593 - Metrology Technician III | 36.54 |
| 23640 - Millwright | 28.19 |
| 23710 - Office Appliance Repairer | 22.96 |
| 23760 - Painter Maintenance | 21.75 |
| 23790 - Pipefitter Maintenance | 28.47 |
| 23810 - Plumber Maintenance | 27.04 |
| 23820 - Pneudraulic Systems Mechanic | 29.09 |
| 23850 - Rigger | 28.23 |
| 23870 - Scale Mechanic | 26.02 |
| 23890 - Sheet-Metal Worker Maintenance | 26.70 |
| 23910 - Small Engine Mechanic | 20.63 |
| 23931 - Telecommunications Mechanic I | 33.90 |
| 23932 - Telecommunications Mechanic II | 35.70 |
| 23950 - Telephone Lineman | 34.02 |
| 23960 - Welder Combination Maintenance | 24.34 |
| 23965 - Well Driller | 25.20 |
| 23970 - Woodcraft Worker | 29.09 |
| 23980 - Woodworker | 22.38 |
| 24000 - Personal Needs Occupations | |
| 24550 - Case Manager | 20.05 |
| 24570 - Child Care Attendant | 13.96 |
| 24580 - Child Care Center Clerk | 17.77 |
| 24610 - Chore Aide | 12.99 |
| 24620 - Family Readiness And Support Services Coordinator | 20.05 |
| 24630 - Homemaker | 20.05 |
| 25000 - Plant And System Operations Occupations | |
| 25010 - Boiler Tender | 33.55 |
| 25040 - Sewage Plant Operator | 26.77 |
| 25070 - Stationary Engineer | 33.55 |
| 25190 - Ventilation Equipment Tender | 23.62 |
| 25210 - Water Treatment Plant Operator | 26.77 |
| 27000 - Protective Service Occupations | |
| 27004 - Alarm Monitor | 23.83 |

3/22/2021
beta.SAM.gov | Search
Case 8:21-cv-00722-GJH   Document 1-3   Filed 03/22/21   Page 7 of 13

```
        27007 - Baggage Inspector                                   17.28
        27008 - Corrections Officer                                 27.86
        27010 - Court Security Officer                              29.37
        27030 - Detection Dog Handler                              20.57
        27040 - Detention Officer                                   27.86
        27070 - Firefighter                                         30.87
        27101 - Guard I                                             17.28
        27102 - Guard II                                            20.57
        27131 - Police Officer I                                    31.63
        27132 - Police Officer II                                   35.14
     28000 - Recreation Occupations
        28041 - Carnival Equipment Operator                        14.62
        28042 - Carnival Equipment Repairer                        15.98
        28043 - Carnival Worker                                     10.80
        28210 - Gate Attendant/Gate Tender                         15.74
        28310 - Lifeguard                                           11.59
        28350 - Park Attendant (Aide)                               17.62
        28510 - Recreation Aide/Health Facility Attendant          12.85
        28515 - Recreation Specialist                               21.82
        28630 - Sports Official                                     14.03
        28690 - Swimming Pool Operator                              18.57
     29000 - Stevedoring/Longshoremen Occupational Services
        29010 - Blocker And Bracer                                  33.54
        29020 - Hatch Tender                                        33.54
        29030 - Line Handler                                        33.54
        29041 - Stevedore I                                         31.31
        29042 - Stevedore II                                        35.62
     30000 - Technical Occupations
        30010 - Air Traffic Control Specialist Center (HFO)  (see 2)  44.89
        30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  30.95
        30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  34.08
        30021 - Archeological Technician I                          20.86
        30022 - Archeological Technician II                         23.34
        30023 - Archeological Technician III                        28.90
        30030 - Cartographic Technician                             28.90
        30040 - Civil Engineering Technician                        29.89
        30051 - Cryogenic Technician I                              32.01
        30052 - Cryogenic Technician II                             35.36
        30061 - Drafter/CAD Operator I                              20.86
        30062 - Drafter/CAD Operator II                             23.34
        30063 - Drafter/CAD Operator III                            26.01
        30064 - Drafter/CAD Operator IV                             32.01
        30081 - Engineering Technician I                            22.92
        30082 - Engineering Technician II                           25.72
        30083 - Engineering Technician III                          28.79
        30084 - Engineering Technician IV                           35.64
        30085 - Engineering Technician V                            43.61
        30086 - Engineering Technician VI                           52.76
        30090 - Environmental Technician                            28.90
        30095 - Evidence Control Specialist                         28.90
        30210 - Laboratory Technician                               26.31
        30221 - Latent Fingerprint Technician I                     34.67
        30222 - Latent Fingerprint Technician II                    38.29
        30240 - Mathematical Technician                             28.94
        30361 - Paralegal/Legal Assistant I                         21.36
        30362 - Paralegal/Legal Assistant II                        26.47
        30363 - Paralegal/Legal Assistant III                       32.36
        30364 - Paralegal/Legal Assistant IV                        39.16
        30375 - Petroleum Supply Specialist                         35.36
        30390 - Photo-Optics Technician                             28.90
        30395 - Radiation Control Technician                        35.36
        30461 - Technical Writer I                                  27.62
        30462 - Technical Writer II                                 33.80
        30463 - Technical Writer III                                40.88
        30491 - Unexploded Ordnance (UXO) Technician I              28.53
```

```
30492 - Unexploded Ordnance (UXO) Technician II              34.51
30493 - Unexploded Ordnance (UXO) Technician III             41.37
30494 - Unexploded (UXO) Safety Escort                       28.53
30495 - Unexploded (UXO) Sweep Personnel                     28.53
30501 - Weather Forecaster I                                 32.01
30502 - Weather Forecaster II                                38.93
30620 - Weather Observer Combined Upper Air Or    (see 2)    26.01
Surface Programs
30621 - Weather Observer Senior                   (see 2)    28.90
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                       34.51
31020 - Bus Aide                                             14.84
31030 - Bus Driver                                           21.58
31043 - Driver Courier                                       17.15
31260 - Parking and Lot Attendant                            13.81
31290 - Shuttle Bus Driver                                   18.75
31310 - Taxi Driver                                          16.10
31361 - Truckdriver Light                                    18.75
31362 - Truckdriver Medium                                   20.35
31363 - Truckdriver Heavy                                    23.11
31364 - Truckdriver Tractor-Trailer                          23.11
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                              16.83
99030 - Cashier                                              11.90
99050 - Desk Clerk                                           14.00
99095 - Embalmer                                             34.10
99130 - Flight Follower                                      28.53
99251 - Laboratory Animal Caretaker I                        13.64
99252 - Laboratory Animal Caretaker II                       14.91
99260 - Marketing Analyst                                    35.17
99310 - Mortician                                            34.10
99410 - Pest Controller                                      20.07
99510 - Photofinishing Worker                                16.34
99710 - Recycling Laborer                                    22.98
99711 - Recycling Specialist                                 28.16
99730 - Refuse Collector                                     20.81
99810 - Sales Clerk                                          12.74
99820 - School Crossing Guard                                16.38
99830 - Survey Party Chief                                   28.48
99831 - Surveying Aide                                       17.70
99832 - Surveying Technician                                 27.06
99840 - Vending Machine Attendant                            15.48
99841 - Vending Machine Repairer                             19.67
99842 - Vending Machine Repairer Helper                      15.48
```

---

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or

3/22/2021
beta.SAM.gov | Search
Case 8:21-cv-00722-GJH   Document 1-3   Filed 03/22/21   Page 9 of 13

stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.54 per hour up to 40 hours per week or $181.60 per week or
$786.93 per month


HEALTH & WELFARE EO 13706: $4.22 per hour up to 40 hours per week or $168.80 per
week or $731.47 per month*


*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)


HOLIDAYS: A minimum of ten paid holidays per year:  New Year's Day Martin Luther
King Jr.'s Birthday Washington's Birthday Memorial Day Independence Day
Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A
contractor may substitute for any of the named holidays another day off with pay in
accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:


1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the

conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including
consulting with users to determine hardware software or system functional
specifications;

    (2) The design development documentation analysis creation testing or
modification of computer systems or programs including prototypes based on and
related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer
programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **


An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance explosives and incendiary materials.  This includes work such as
screening blending dying mixing and pressing of sensitive ordnance explosives
and pyrotechnic compositions such as lead azide black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization
modification renovation demolition and maintenance operations on sensitive
ordnance explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.


A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with or in close proximity to
ordnance (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands face or arms of the
employee engaged in the operation irritation of the skin minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving unloading storage and hauling of ordnance explosive and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **


If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract by the employer by the state or
local law etc.) the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:


The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition where uniform cleaning and maintenance is made
the responsibility of the employee all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure

to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."