IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES CURTIS, individually and on behalf of all persons similarly situated | : : : | |
| Plaintiff | : : | **Civil Action No.** **8:21-722-GJH** |
| v. | : : | |
| GENESIS ENGINEERING SOLUTIONS, INC. | : : : | |
| Defendant. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Named Plaintiff James Curtis ("Plaintiff") hereby moves for preliminary approval of the Class Action Settlement Agreement ("Agreement") reached between Plaintiff and Defendant, Genesis Engineering Solutions, Inc. ("Defendant"). Plaintiff respectfully moves the Court, without opposition by Defendant, to grant the following relief:

1. Preliminary approve the Agreement, a true and correct copy of which is attached hereto as Exhibit C;

2. Certify under Fed. R. Civ. P. 23, for purposes of settlement, the following "Settlement Class":

> All current or former employees of Genesis Engineering Solutions, Inc. ("GES"), in the job categories of Procurement Specialist, PCB Electronics Assembler, PWB Fabrication Lead, Cable Harness Assembler, Support Specialists and Technicians (and similar positions), who performed work for GES in Maryland and who were not paid overtime compensation at 150% of their applicable regular rate of pay for at least one workweek during the last three years;

3. Approve the settlement of the Settlement Class' claims under the Fair Labor Standards Act;

4. Preliminarily approve Plaintiff as representative of the Settlement Class;

5. Preliminarily approve Goodley McCarthy LLC and Goodley Law LLC as Class Counsel for the Settlement Class;

6. Preliminarily approve RG2 Claims Administration as Settlement Administrator;

7. Preliminary approve the Settlement Administrator's costs of claims administration, in an amount not to exceed Six Thousand Dollars ($6,000.00);

8. Approve the Settlement Notices, true and correct copies of which are attached hereto as Exhibit 1; and

9. Approve the proposed procedure and schedule for completing the final approval process, as set forth in the Agreement and Proposed Order.

Dated: July 2, 2021                                     Respectfully Submitted,

                                                        GOODLEY McCARTHY LLC

                                                        /s/ James E. Goodley
                                                        James E. Goodley (ID No. 18911)
                                                        One Liberty Place
                                                        1650 Market Street, Suite 3600
                                                        Philadelphia, PA 19103
                                                        (215) 394-0541
                                                        james@goodleylaw.com

                                                        *Attorney for Plaintiff and the Settlement Class*