# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES CURTIS, individually and on behalf of all persons similarly situated | : : : |
| Plaintiff | : CIVIL ACTION NO.: : 8:21-cv-000722-GJH |
| v. | : : |
| GENESIS ENGINEERING SOLUTIONS, INC. | : : : |
| Defendant. | : : |

## ORDER

**AND NOW**, this _____ day of _____, 2021, upon consideration of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, it is hereby **ORDERED** that Plaintiffs' Unopposed Motion is **GRANTED** as follows:

1. The Parties' Settlement agreement is approved as fair, reasonable and adequate under the standards set forth in Fed. R. Civ. P. 23(e)(2) and the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA");

2. For purposes of settlement, the following Settlement Class is preliminarily certified under Fed. R. Civ. P. 23(a), (b)(3) and (e)(2):

> All current or former employees of Genesis Engineering Solutions, Inc. ("GES"), in the job categories of Procurement Specialist, PCB Electronics Assembler, PWB Fabrication Lead, Cable Harness Assembler, Support Specialists and Technicians (and similar positions), who performed work for GES in Maryland and who were not paid overtime compensation at 150% of their applicable regular rate of pay for at least one workweek during the last three years;

3. Plaintiff James Curtis is preliminarily approved as representative of the Settlement Class;

4. Goodley McCarthy LLC and Goodley Law LLC (collectively "GM") is preliminary approved as Class Counsel for the Rule 23 Settlement Class;

5. RG2 Claims Administration is preliminarily approved as a Settlement Administrator;

6. The Settlement Administrator's costs of claims administration are preliminarily approved, in an amount not to exceed Six Thousand Dollars ($6,000.000);

7. The Settlement Class Notice, attached to Plaintiff's Motion as Exhibit 1 to the Settlement Agreement, are approved and shall be distributed to the Settlement Class pursuant to the terms of the Settlement Agreement;

8. The following schedule for the remainder of the Final Approval Process is hereby approved as follows:

    a. No later than _____, 2021 (seven (7) calendar days after the date of this Order), Defendant will transfer to the Administrator a payment in the amount of $100,000.00, plus the amount necessary to cover any payroll taxes/withholdings borne by employers;

    b. No later than _____, 2021 (thirty (30) days after the after the date of this Order), the Administrator will mail to each Settlement Class member a package containing the applicable Notice;

    c. The deadline for members of the Settlement Class to request exclusion from the Settlement Class or to post an objection the Settlement Agreement shall be no later than _____, 2021 (forty-five (45) days after the Settlement Class Notices are mailed to the Settlement Class);

      d. Class Counsel shall file their Motion for Final Approval of Class Action Settlement (including any request for approval of attorneys' fees and costs) no later than _____, 2021 (fifty-five (55) days after the date the Settlement Class Notices are mailed to the Settlement Class);

      e. Class Counsel shall file the Motion for Final Approval of Class Action Settlement (including any requests for approval of attorneys' fees and costs) no later than fifty-five (55) days after the date the Notices are mailed to the Settlement Class);

    9. The Final Approval Hearing will take place on _____, 2021 at _____, in Courtroom _____.

                                          BY THE COURT:

                                          _____
                                          Hazel, J.