# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES CURTIS, individually and on behalf of all persons similarly situated | : : : : : : : : : : : : : | **Civil Action No. 8:21-722-GJH** |
| Plaintiff | | |
| v. | | |
| GENESIS ENGINEERING SOLUTIONS, INC. | | |
| Defendant. | | |

## PLAINTIFF'S SECOND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Named Plaintiff James Curtis ("Plaintiff") hereby moves for preliminary approval of the hybrid Class and Collective Action Settlement Agreement ("Agreement") reached between Plaintiff and Defendant, Genesis Engineering Solutions, Inc. ("Defendant"). Plaintiff respectfully moves the Court, without opposition by Defendant, to grant the following relief[1]:

1. Preliminarily approve the Agreement, a true and correct copy of which is attached hereto as Exhibit C;

2. Certify under Fed. R. Civ. P. 23, for purposes of settlement, the following "Settlement Class":

> All current or former employees of Genesis Engineering Solutions, Inc. ("GES"), in the job categories of Procurement Specialist, PCB Electronics Assembler, PWB Fabrication Lead, Cable Harness Assembler, Support Specialists and Technicians (and similar positions), who performed work for GES in Maryland and who were

---

[1] In accordance with the Court's December 10, 2021 Memorandum Opinion and Order, ECF Nos. 9, 10, Plaintiff now also moves for conditional collective action certification of the FLSA Class. All members of the FLSA Class are also members of the Settlement Class. However, as noted by the Court, the FLSA claims can only be released by those who affirmatively opt into the FLSA Class, which per the revised Settlement Agreement, occurs by a class member signing his or her settlement check. **Ex. C. at ¶ 5.**

not paid overtime compensation at 150% of their applicable regular rate of pay for at least one workweek during the last three years;

    3.    Approve the settlement of the Settlement Class' claims under Maryland Law;

    4.    Conditionally Certify under 29 USC § 216(b), for purposes of settlement, the following "FLSA Class" of potential opt-in litigations:

> All current or former employees of Genesis Engineering Solutions, Inc. ("GES"), in the job categories of Procurement Specialist, PCB Electronics Assembler, PWB Fabrication Lead, Cable Harness Assembler, Support Specialists and Technicians (and similar positions), who performed work for GES in Maryland and who were not paid overtime compensation at 150% of their applicable regular rate of pay for at least one workweek during the last three years;

    5.    Approve the settlement of the FLSA Class' claims under the Fair Labor Standards Act;

    6.    Preliminarily approve Plaintiff as representative of the Settlement Class and the FLSA Class;

    7.    Preliminarily approve Goodley McCarthy LLC and Goodley Law LLC as Class Counsel for the Settlement Class and the FLSA Class;

    8.    Preliminarily approve RG2 Claims Administration as Settlement Administrator;

    9.    Preliminary approve the Settlement Administrator's costs of claims administration, in an amount not to exceed Six Thousand Dollars ($6,000.00);

    10.    Approve the Revised Settlement Notices, true and correct copies of which are attached hereto as Exhibit 1; and

    11.    Approve the proposed procedure and schedule for completing the final approval process, as set forth in the Agreement and Proposed Order.

Dated: <u>January 17, 2022</u>                              Respectfully Submitted,

GOODLEY McCARTHY LLC

/s/ James E. Goodley
James E. Goodley (ID No. 18911)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 394-0541
james@gmlaborlaw.com

*Attorney for Plaintiff and the Classes*