**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

|  |  |
|---|---|
| | * |
| **JAMES CURTIS, *et al.*,** | * |
|     **Plaintiffs,** | |
| | * |
| **v.** |     **Case No.: GJH-21-722** |
| | * |
| **GENESIS ENGINEERING SOLUTIONS,** | |
| **INC.,** | * |
|     **Defendant.** | |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

In accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that the consent Motion for Preliminary Approval of the Settlement Agreement, ECF No. 13, is **GRANTED**, and thus:

1. The Court preliminarily certifies both the Rule 23 class and the Section 216(b) collective;

2. The Court preliminarily approves the Settlement Agreement under both Rule 23 and the FLSA;

3. The Court preliminarily approves Plaintiff James Curtis as the representative of the Rule 23 class and the Section 216(b) collective;

4. The Court preliminarily approves Goodley McCarthy LLC and Goodley Law LLC as Class Counsel for the Rule 23 class and the FLSA class;

5. The Court preliminarily approves RG2 Claims Administration as Settlement Administrator;

6. The Court preliminarily approves the Settlement Administrator's costs of claims administration, in an amount not to exceed Six Thousand Dollars ($6,000);

7. Plaintiff is authorized to mail the proposed Settlement Notices to putative class and collective members; and

8. The Court gives approval to the following schedule:

   a. On or before seven (7) calendar days after the date the Court enters this Order, Defendant will transfer to the Administrator a payment in the amount of $100,000, plus the amount necessary to cover any payroll taxes/withholdings borne by employers.

   b. On or before thirty (30) days after the Court enters this Order, the Administrator will mail to each Settlement Class member a package containing the applicable Notice;

   c. The deadline for Settlement Class members to object or request exclusion from the Settlement Class shall be forty-five (45) days after the Administrator mails the Notices;

   d. Class Counsel shall file the Motion for Final Approval of Class Action Settlement, with supporting documentation, no later than fourteen (14) days before the Final Approval Hearing;

   e. The parties shall contact chambers to schedule a date for the Final Approval Hearing.

Dated: <u>April   8, 2022</u>                    /s/ _____
                                             GEORGE J. HAZEL
                                             United States District Judge