# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES CURTIS, individually and on behalf of all persons similarly situated | : : : | |
| Plaintiff | : : | CIVIL ACTION NO.: 8:21-cv-000722-GJH |
| v. | : : | |
| GENESIS ENGINEERING SOLUTIONS, INC. | : : : | |
| Defendant. | : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Named Plaintiff James Curtis ("Plaintiff") hereby moves for final approval of the hybrid Class and Collective Action Settlement Agreement ("Settlement Agreement") reached between Plaintiff and Defendant Genesis engineering Solutions, Inc. ("Defendant"). Plaintiff respectfully requests that the Court grant the following relief:

1. Finally approve the Settlement Agreement.

2. Finally certify under Fed. R. Civ. P. 23, for purposes of settlement, the following "Settlement Class"

> All current or former employees of Genesis Engineering Solutions, Inc. ("GES"), in the job categories of Procurement Specialist, PCB Electronics Assembler, PWB Fabrication Lead, Cable Harness Assembler, Support Specialists and Technicians (and similar positions), who performed work for GES in Maryland and who were not paid overtime compensation at 150% of their applicable regular rate of pay for at least one workweek during the last three years.

3. Finally certify, under 29 U.S.C. § 216(b), for purposes of settlement, the following "FLSA Class" of potential opt-in litigants:

> All current or former employees of Genesis Engineering Solutions, Inc. ("GES"), in the job categories of Procurement Specialist, PCB Electronics Assembler, PWB Fabrication Lead, Cable Harness Assembler, Support Specialists and Technicians (and similar positions), who performed work for GES in Maryland and who were not paid overtime compensation at 150% of their applicable regular rate of pay for at least one workweek during the last three years.

4. Finally approve the settlement of the FLSA Class' claims under the Fair Labor Standards Act.

5. Finally approve Plaintiff as representative of the Settlement Class and FLSA Class, and a $5,000 service award for his service to the Settlement Class.

6. Finally approve Goodley McCarthy LLC as Class Counsel for the Settlement Class and FLSA Class.

7. Finally approve Class Counsel's attorneys' fees in the amount of $27,000 and costs in the amount of $492.76.

8. Finally approve RG2 Claims Administration as Settlement Administrator.

9. Finally approve the Settlement Administrator's costs of claims administration, in an amount not to exceed Six Thousand Dollars ($6,000.00).

10. Dismiss this action with prejudice, subject to the Court maintaining jurisdiction over enforcement of the settlement.

Dated: June 2, 2022                          Respectfully Submitted,

                                             GOODLEY McCARTHY LLC

                                             /s/ James E. Goodley
                                             James E. Goodley (ID No. 18911)
                                             One Liberty Place
                                             1650 Market Street, Suite 3600
                                             Philadelphia, PA 19103
                                             (215) 394-0541
                                             james@gmlaborlaw.com

                                             *Attorney for Plaintiff and the
                                             Settlement Class*