IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES CURTIS, individually and on behalf :
of all persons similarly situated :
:
    Plaintiff : CIVIL ACTION NO.:
: 8:21-cv-000722-GJH
v. :
:
GENESIS ENGINEERING SOLUTIONS, :
INC. :
:
    Defendant. :

## ORDER

**AND NOW**, this 17th day of June, 2022, upon consideration of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** as follows:

1. The Parties' Settlement Agreement is finally approved as fair, reasonable and adequate under the standards set forth in Fed. R. Civ. P. 23(e)(2) and the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA").

2. For purposes of settlement, the following Settlement Class is finally certified under Fed. R. Civ. P. 23(A), (b)(3) and (e)(2):

> All current or former employees of Genesis Engineering Solutions, Inc. ("GES"), in the job categories of Procurement Specialist, PCB Electronics Assembler, PWB Fabrication Lead, Cable Harness Assembler, Support Specialists and Technicians (and similar positions), who performed work for GES in Maryland and who were not paid overtime compensation at 150% of their applicable regular rate of pay for at least one workweek during the last three years.

3. For purposes of settlement, the following FLSA Class of opt-in litigants is finally certified under 29 U.S.C. § 216(b):

> All current or former employees of Genesis Engineering Solutions, Inc. ("GES"), in the job categories of Procurement Specialist, PCB Electronics Assembler, PWB Fabrication Lead, Cable Harness Assembler, Support Specialists and Technicians (and similar positions), who performed work for GES in Maryland and who were not paid overtime compensation at 150% of their applicable regular rate of pay for at least one workweek during the last three years.

4. Plaintiff James Curtis is finally approved as representative of the Settlement Class and the FLSA Class.

5. A $5,000 service award for Plaintiff is finally approved for his service to the Settlement Class.

6. Goodley McCarthy LLC ("GM") is finally approved as Class Counsel for the Settlement Class and the FLSA Class.

7. Class Counsel's attorney fees in the amount of $27,000 and costs in the amount of $492.76 are finally approved.

8. RG2 Claims Administration is finally approved as the Settlement Administrator.

9. The Settlement Administrator's costs of claims administration are finally approved, in an amount not to exceed $6,000.

10. This action is **DISMISSED WITH PREJUDICE**, subject to the Court maintaining jurisdiction over enforcement of the settlement.

BY THE COURT:

_____
Hazel, J.